IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:22-CR-14-CAR-CHW |
| PHILMON DESHAWN CHAMBERS; : | |
| ANDREA PAIGE BROWNER; : | |
| LESLEY CHAPPELL GREEN; : | |
| ROBERT MAURICE CARLISLE; AND : | |
| SHABAZZ LARRY GUIDRY. : | |
| : | |
| Defendants. : | |
| : | |

**ORDER GRANTING GOVERNMENT'S MOTION TO DECLARE THE CASE COMPLEX AND TO CONTINUE TRIAL**

Before the Court is the Government's Motion [Doc. 83] to Declare the Case Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) to Continue the pretrial hearing and the trial of this case currently scheduled for October 24, 2022.

On June 15, 2022, the Grand Jury returned a multi-defendant, multi-count indictment [Doc. 1] charging defendants Philmon DeShawn Chambers, Andrea Paige Browner, Leslie Chappell Green, Robert Maurice Carlisle, and Shabazz Larry Guidry. Count One charges each defendant in a conspiracy to violate the Racketeer Influenced Corrupt Organizations Act ("RICO") under Title 18, United States Code Section 1962(d), Count Two charges Chambers and Browner with Violent Crime in aid of Racketeering ("VICAR") and aiding and abetting under Title 18, United States Code, section 1959(a)(1)

and 18, United States Code, section 2, Count Three charges Chambers and Browner with Carrying, Using, and Discharging a firearm in furtherance of a crime of violence and aiding and abetting under Title 18, United States Code, section 924(c) & 18, United States Code, section 2, Count Four chargers Chambers and Browner with Causing the Death of Another Through Use of a Firearm under Title 18, United States Code, section 924(j) and 18 United States Code, section 2.

Each Defendant was arrested, appointed counsel, and detained pending trial. At his arraignment and *Faretta* hearing on July 15, 2022, Defendant Chambers stated that he wished to proceed *pro se*. The United States Magistrate Judge issued a *Faretta* warning to Defendant, advised him of his rights, entered a not guilty plea on his behalf, and appointed Catherine Williams as standby counsel.

In the Motion, the Government requests that the Court declare this matter a complex case under the Speedy Trial Act. The Government represents this case involves thousands of wire and electronic communications, significant forensic testimony, reports from multiple state and federal jurisdictions, and other novel issues which warrant this case being declared complex and the Speedy Trial Act time limits suspended. The Government anticipates approximately two terabytes of discovery data in this case.

After careful consideration, the Court finds it serves the ends of justice to declare this case complex.  This case is "so unusual, or so complex, due to the number of defendants [and] the nature of the prosecution . . . that it is unreasonable to expect

adequate preparation for pretrial proceedings or for trial itself within the time limits established by [the Speedy Trial Act]." 18 U.S.C. § 3161(h)(7)(B)(ii). Moreover, the ends of justice served by granting the extension and continuance outweigh the interests of the Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.

Accordingly, the Court **GRANTS** the Government's Motion and **DECLARES THIS CASE COMPLEX**. The discovery deadline in this case is extended until October 1, 2022, and the case is continued until the December 5, 2022 term of Court for the Athens Division.  The delay occasioned by this continuance shall be excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 16th day of August, 2022.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT