IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| PHILMON DESHAWN CHAMBERS, *et al.*, | ) CASE NO. 3:22-cr-14 (MTT) |
| | ) |
| Defendants. | ) |

### ORDER

The Government moves to file its motion for an anonymous jury restricted to case parties. Doc. 167. The Government contends that if the information contained in the motion "were publicly available, it could defeat the very requests for anonymity and protective measures the Government's motion asks to employ for potential jury safety and the smooth administration of justice." *Id*. ¶ 7.

Upon consideration of the motion and authorities cited therein, the Court concludes that the contents of the Government's motion for an anonymous jury should be sealed from the public and its access restricted to case parties. The Court finds that the interest in juror safety overrides the public's right of access to the sensitive information contained in the motion, and that the sealing of the motion is narrowly tailored to serve this overriding interest. *Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982); *Press-Enterprise Co. v. Super. Ct. of Cali., Riverside Cnty.*, 464 U.S. 501, 510 (1984); s*ee Richmond Newspapers, Inc. v. Va.*, 448 U.S. 555, 580 (1980); *United States v. Ochoa-Vasquez*, 428 F.3d 1015, 1028 (11th Cir. 2005); s*ee also Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007); Doc. 160.

-2-

Accordingly, the Government's motion to seal (Doc. 167) is **GRANTED**. The Clerk is **DIRECTED** to restrict access to the Government's motion for an anonymous jury to case parties only.

**SO ORDERED**, this 19th day of April, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT