#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF GEORGIA
#### ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CASE NO.** |
| v. | : | **3:22-cr-14 (MTT)** |
| | : | |
| **PHILMON DESHAWN CHAMBERS,** | : | |
| | : | |
| Defendant. | : | |

_____

#### ORDER APPOINTING SUBSTITUTE STANDBY COUNSEL

At his initial appearance on July 13, 2022, Defendant Philmon Deshawn Chambers expressed his intent to represent himself in this case. On July 15, 2022, at a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975), Defendant was warned of the risks of self-representation and affirmed his intent to represent himself. Defendant has also been cautioned by the Court that he may waive his right to self-representation if he behaves in a disruptive manner in the courtroom. The Court appointed the Federal Defenders of the Middle District of Georgia, Inc., to serve as stand-by counsel for Defendant, but Defendant Chambers has consistently informed the Court that he refuses to communicate or cooperate with standby counsel in any way.

Based on a recently discovered conflict of interest, the Federal Defenders have orally moved to withdraw from standby representation of Defendant. The Criminal Justice Act, at 18 U.S.C. § 3006A(c), provides that appointed counsel shall represent a defendant at every stage of the proceedings, from initial appearance through appeal, but the Court may appoint substitute counsel, "in the interests of justice," at any stage of the proceedings. *Id*. Upon inquiry into the nature of the conflict, the Court finds that the conflict

would hinder current counsel's ability to provide effective assistance to the Defendant should Defendant request it or otherwise waive self-representation.

Accordingly, the Federal Defenders shall be allowed to withdraw from their representation, and the Court hereby appoints attorney Blake Morton to serve as stand-by counsel for Defendant.  In accordance with Mr. Chambers' instructions, Mr. Morton shall not communicate with Mr. Chambers unless Mr. Chambers' initiates communication. Absent Mr. Chambers' request or further order of the Court, Mr. Morton shall not represent Mr. Chambers' interests.

**SO ORDERED**, this 26th day of July, 2023.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT